IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| David C. King, | : |
| Plaintiff, | : |
| v. | : Case No. 2:12-cv-948 |
| Michael J. Astrue, Commissioner of Social Security, | : JUDGE EDMUND A. SARGUS, JR. Magistrate Judge Kemp |
| Defendant. | : |

## ORDER

Based upon the parties' joint motion to remand (Doc. 6), this case is **REMANDED** to the Commissioner for further administrative action pursuant to 42 U.S.C. §405(g). Upon remand, the Appeals Council will remand the case for a new hearing and obtain testimony from a vocational expert.

**IT IS SO ORDERED.**

1-3-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE